UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES**

SUSAN PARISI

v.

OKLAHOMA WINDOWS AND DOORS, LLC D/B/A RENEWAL BY ANDERSON OF OKLAHOMA AND BMO HARRIS BANK, NA D/B/A GREENSKY, LLC.

Case No. 23-6218

**ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))**

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

SUSAN PARISI
_____
[Party or Parties][1]

_____

APPELLEE/RESPONDENT_____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

| | |
|---|---|
| M. Kathi Rawls | Minal Gahlot |
| Name of Counsel | Name of Counsel |
| /s/ M. Kathi Rawls | /s/ Minal Gahlot |
| Signature of Counsel | Signature of Counsel |
| 2404 S. Broadway Ave. Moore, OK 73160, 405-912-3225 | 2404 S. Broadway Ave. Moore, OK 73160, 405-912-3225 |
| Mailing Address and Telephone Number | Mailing Address and Telephone Number |
| Kathi@rawlsgahlot.com | Minal@rawlsgahlot.com |
| E-Mail Address | E-Mail Address |

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

# ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

SUSAN PARISI

v.

OKLAHOMA WINDOWS AND DOORS, LLC D/B/A RENEWAL BY ANDERSON OF OKLAHOMA AND BMO HARRIS BANK, NA D/B/A GREENSKY, LLC

Case No. 23-6218

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

SUSAN PARISI
_____
[Party or Parties][1]

_____

APPELLEE/RESPONDENT
_____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

JANET VARNELL
_____     _____
Name of Counsel                      Name of Counsel

/s/ Janet Varnell
_____     _____
Signature of Counsel                 Signature of Counsel

400 N. Ashley Drive, Suite 1900 Tampa, FL 33602, (352) 753-8600
_____     _____
Mailing Address and Telephone Number  Mailing Address and Telephone Number

jvarnell@vandwlaw.com
_____     _____
E-Mail Address                       E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐ The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☑ There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

01/11/2024
Date

/s/ Minal Gahlot
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

# CERTIFICATE OF SERVICE

I hereby certify that:

☑ All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

☐ On ___01/11/2024___ I sent a copy of this Entry of Appearance
       [date]

Form to:
_____

at_____,

the last known address/email address, by _____.
                                         [state method of service]

01/11/2024
Date

/s/ Minal Gahlot
Signature