**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**
www.okwd.uscourts.gov

**CARMELITA REEDER SHINN**
CLERK

**JOAN C. KANE**
CHIEF DEPUTY

200 N.W. 4th Street, Room 1210
Oklahoma City, Oklahoma 73102
(405) 609-5000   Fax (405) 609-5099

February 22, 2024

Clerk of the Court
Tenth Circuit Court of Appeals
The Byron White, U.S. Courthouse
1823 Stout Street
Denver, Colorado 80257

RE: 23-6218; CIV-23-115-R; Parisi v. C Cashion Windows LLC et al

Dear Mr. Wolpert:

Notice is hereby given that

- [✓] no transcripts are necessary; or
- [ ] transcripts are already on file; or
- [ ] transcripts have been electronically filed

for the above captioned case. The record is ready for appeal purposes.

Sincerely,

CARMELITA REEDER SHINN, COURT CLERK

by: s/ E. Wilkinson
    Case Administrator

cc: Counsel of Record