IN THE UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| SUSAN PARISI, | |
| Plaintiff-Appellee, | |
| | Case No. 23-6218 |
| v. | Case No. 24-6043 |
| GREENSKY, LLC (incorrectly identified as BMO Harris Bank, NA d/b/a Greensky, LLC), | (D.C. No. 5:23-CV-00115-R) |
| | (W.D. Okla.) |
| Defendant-Appellant, | |
| and | |
| OKLAHOMA WINDOWS AND DOORS, LLC d/b/a Renewal by Andersen of Oklahoma, | |
| Defendant-Appellant. | |

_____

DEFENDANTS-APPELLANTS' MOTION TO ENLARGE THE WORD LIMIT
FOR THEIR PRINCIPAL BRIEF

Defendants-appellants GreenSky, LLC (incorrectly identified as BMO Harris Bank, NA (d/b/a Greensky, LLC) and Oklahoma Windows and Doors, LLC d/b/a Renewal by Andersen of Oklahoma (collectively, "Appellants") respectfully move to expand the word limit for their principal brief to 18,000 words. This motion is timely as Appellants' principal brief is currently due on June 7, 2024. On its own motion, the Court consolidated these two appeals, which arise from the same district court case. The appeal, however, involves two separate orders, each of which denied a motion to compel arbitration under a separate and distinct arbitration agreement – one agreement involving Appellee Parisi and GreenSky, the other involving Appellee Parisi and Oklahoma Windows & Doors. The district court ruled on the Appellants' separately filed motions to compel arbitration in two different orders issued ten weeks apart. Appellants respectfully request an additional 5,000 words (for a total of 18,000 words) for their principal brief so that they may appropriately discuss the distinct factual and legal issues specific to each Appellant. Appellants will not object to a similar extension, should one be requested, for Appellee. Appellants' counsel certify that they have made reasonable efforts to confer with Appellee's counsel, and represent that Appellee's counsel has indicated that Appellee **does not** oppose the relief sought in this motion.

DATED:    May 24, 2024.

By: /s/ Barry Goheen
Barry Goheen
*barry.goheen@pierferd.com*
PIERSON FERDINAND, LLP
100 Mount Paran Ridge
Atlanta, GA 30327
Telephone: (404) 793-3093

***Counsel for Defendant-Appellant GreenSky, LLC (incorrectly identified as BMO Harris Bank, NA (d/b/a Greensky, LLC)***

Diane J. Zelmer
Berenson LLP
*djz@BerensonLLP.com*
4495 Military Trail, Suite 203
Jupiter, FL 33458
Telephone: (561) 429-4496

***Counsel for Defendant-Appellant Oklahoma Windows and Doors, LLC d/b/a Renewal by Andersen of Oklahoma***

## CERTIFICATE OF SERVICE

I hereby certify that on this day, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

This 24th day of May, 2024.

By: s/ Barry Goheen

## **CERTIFICATE OF COMPLIANCE**

I certify that: (1) this motion complies with the type-volume limitation set forth in Fed. R. App. P. 27(d)(2)(A) because it contains 214 words, excluding the parts exempted by Fed. R. App. P. 32(f); (2) this brief complies with the typeface and type-style requirements of Fed. R. App. P. 27(d)(1)(E), Fed. R. App. P. 32(a)(5), and Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word 2016 in 14-point font; (3) any required privacy redactions have been made per 10th Cir. R. 25.5; and (4) the digital submission has been scanned for viruses and is free of viruses.

By: s/ Barry Goheen