UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

| | |
|---|---|
| SUSAN PARISI<br>v.<br>OKLAHOMA WINDOWS AND DOORS, LLC D/B/A RENEWAL BY ANDERSON OF OKLAHOMA AND BMO HARRIS BANK, NA D/B/A GREENSKY | Case No. 23-6218 and<br>Case No. 24-6043 |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

**COMES NOW,** Minal Gahlot ("Movant") respectfully moves that the Court ender an Order allowing her to withdraw as counsel of record for Appellee/Plaintiff. In support of this motion, Counsel shows as follows:

1. Movant previously entered her appearance as counsel for Appellee/Plaintiff in this action.

2. Movant is no longer with the firm of Rawls Gahlot, PLLC and the Plaintiff will continue to be represented by M. Kathi Rawls, Janet Varnell, Pamela Levinson and Hannah Kieschnick who have previously entered an appearance as counsel for Appellee/Plaintiff.

3. Movant requests the Court allow her withdrawal so that Appellee/Plaintiff may proceed with the case under the representation of Counsel, M. Kathi Rawls, Janet Varnell, Pamela Levinson and Hannah Kieschnick.

4. Movant certifies that she has communicated with Plaintiff regarding the present request for withdrawal. Movant will provide a copy of this

1

motion and any order of the Court to Plaintiff.

5. Movant has also advised Defendants of her intent to withdraw, and Defendants do not object to this application.

6. As a result of the foregoing, Movant respectfully submits that good cause exists for Movant to withdraw as counsel of record in this matter.

**WHEREFORE**, Movant respectfully request this Court allow her to withdraw as counsel of record herein for Appellee/Plaintiff.

**Respectfully Submitted,**

*s/Minal Gahlot*
Minal Gahlot, OBA 22145
Oklahoma Consumer Law Firm
922 SW 107th Street. Suite 200
Oklahoma City, OK 73170
405-331-5811
minal@okconsumerlaw.com
**ATTORNEY LIEN CLAIMED**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed and served electronically using CM/ECF, which is served upon all parties of record on the list for this case on this June 11, 2024.

This is to certify that on June 11, 2024, a true and correct copy of the foregoing instrument was transmitted via e-mail and U.S. Mail to the following:

Susan Parisi
1613 N. Markwell Ave
Oklahoma City, OK  73127
(918) 470-4100
sparisi21@yahoo.com

*s/ Minal Gahlot*

2